IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN PEIFER | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 15-733 |
| CAROLYN W. COLVIN | : |

## ORDER

AND NOW, this 21st day of September 2016, upon consideration of Plaintiff's Brief and Statement of Issues in support of her request for review (ECF Doc. No. 8), Defendant's Response (ECF Doc. No. 12), Plaintiff's Reply (ECF Doc. No. 13), the record, Magistrate Judge M. Faith Angell's comprehensive Report and Recommendation (ECF Doc. No. 19) and, absent any objections and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Judge Angell's Report and Recommendation (ECF Doc. No. 19) is **APPROVED and ADOPTED**;

2. The relief sought in Plaintiff's Brief and Statement of Issues (ECF Doc. No. 8) is **DENIED**;

3. **JUDGMENT** is entered in favor of Defendant Carolyn W. Colvin, Commissioner of Social Security, and against Plaintiff Jean Peifer, affirming the decision of the Commissioner of Social Security; and,

4. The Clerk of Court shall mark this case **CLOSED**.

KEARNEY, J.